◼ FRANCES IMPASTATO, Individually and as Administratrix of the Estate of VINCENT J. IMPASTATO, Deceased, Respondent, v UMBERTO DE GIROLAMO et al.,

Defendants, and PAUL CITRIN, Appellant. — In an action to recover damages for medical malpractice, defendant Paul Citrin, M.D., appeals from an order of the Supreme Court, Kings County (Clemente, J.), dated February 22, 1982, which, *inter alia,* denied his cross motion to dismiss plaintiff's complaint as to him for failure to state a cause of action. Order affirmed, with costs. Although Dr. Citrin's cross motion was denominated as one to dismiss the complaint pursuant to CPLR 3211 (subd [a]), it was made after joinder of issue and, therefore, was actually a motion for summary judgment pursuant to CPLR 3212 (see *Connell v Hayden,* 83 AD2d 30, 32). There is a sufficient showing in the record to permit a jury to find that the treating physician was Dr. Citrin's employee. Mollen, P. J., Titone, Bracken and Brown, JJ., concur. [117 Misc 2d 786.]